## NIXON et al. v. HARTER et al.

No. 10851—Opinion Filed July 18, 1922.

Error from District Court, Tulsa County; Owen Owen, Judge.

Action by J. Truman Nixon and Adeline Bruner against Joseph P. Harter and Mary O. Harter. Judgment for defendants, and plaintiffs bring error. Affirmed.

Bird McGuire, Edward P. Marshall, and O. R. Nixon, for plaintiffs in error.

W. J. Gregg, for defendants in error.

McNEILL, J. The questions involved in this appeal are identical with the questions involved in case No. 10850, J. Truman Nixon and Adeline Bruner v. Walter L. Good, Charles W. Good, and Laura P. Lefler, this day decided, 87 Okla. 19, 208 Pac. 803.

The judgment of the district court is affirmed upon authority of case No. 10850, J. Truman Nixon and Adeline Bruner v. Walter L. Good, Charles W. Good, and Laura P. Lefler.

JOHNSON, ELTING, KENNAMER, and NICHOLSON, JJ., concur.